JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VARELA,<br><br>        Plaintiff,<br><br>        v.<br><br>DEIRDRE FYKE,<br><br>        Defendant(s). | Case No. SACV 17-1217-PSG (KK)<br><br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 10/13/17

HONORABLE PHILIP S. GUTIERREZ
United States District Judge